PARSEL, TREASURER, *c.* MERCHANTS' NATIONAL BANK.

*Appeal from Pulaski Circuit Court.*

Hon. LIBERTY BARTLETT, Circuit Judge.

GALLAGHER & NEWTON, for appellant.

GARLAND & NASH, for appellee.

GREGG, J.

The decision of this court, in the case of Thomas Parsel *v.* Barnes & Bro., is conclusive in this case. No question is presented for adjudication herein but what has been determined in that suit.

The judgment of the Pulaski circuit court is reversed, and this cause remanded, to be proceeded in according to law, and not inconsistent with this opinion.